DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO GALARRAGA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-748

[August 20, 2020]

Appeal from order denying rule 3.800 motion in the Circuit Court for the Seventeenth Circuit, Broward County; John J. Murphy, Judge; L.T. Case No. 99-003598CF10A.

Ricardo Galarraga, Cross City, pro se, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN, and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***